UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BRENT BRIGGS and ENERGY CONSERVATION SYSTEMS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | No. 3:03-0791 |
| v. | ) ) | JUDGE ECHOLS |
| ENERGY AUTOMATION SYSTEMS, INC., and JOSEPH C. MERLO, | ) ) ) | |
| Defendants. | ) ) ) | |
| ENERGY AUTOMATION SYSTEMS, INC., | ) ) ) | No. 3:03-0792 |
| Plaintiff, | ) ) | JUDGE ECHOLS |
| v. | ) ) | |
| BRENT BRIGGS, | ) ) | |
| Defendant. | ) | |

### ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith, Plaintiffs' Motion for A New Trial (Docket Entry No. 121 in No. 3:03-0791) is hereby DENIED.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE